IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0088-12
 





JOSEPH RENE HERNANDEZ, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIRST COURT OF APPEALS


GALVESTON COUNTY





 Per curiam. Keasler and HERVEY, JJ., dissent.


ORDER 



 The petition for discretionary review violates Rules of Appellate Procedure
68.4(i) & 9.3(b) because it does not contain a copy of the opinion of the court of appeals and
the original petition is not accompanied by 11 copies.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must
be filed in the Court of Criminal Appeals within thirty days after the date of this order.

 

Filed September 19, 2012

Do not publish